IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PETER O'BRIEN LAW OFFICES, P.C., DON C. ST. PETER, and MICHAEL O'BRIEN,<br><br>Defendants. | CV 25-214-M-KLD<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

    DATED this 12th day of December, 2025.

                                             Kathleen L. DeSoto
                                             United States Magistrate Judge